UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MMI OF HARFORD CITY, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:24-CV-84-CCB-SLC |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

Pursuant to the Stipulation of Dismissal [DE 25] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

July 19, 2024

                                             /s/*Cristal C. Brisco*
                                             CRISTAL C. BRISCO, JUDGE
                                             UNITED STATES DISTRICT COURT